# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2908
LT Case No. 2009-CF-011820-A

_____

ALLEN ROBERTS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Duval County.
Kevin A. Blazs, Judge.

Allen Roberts, Jr., Madison, pro se.

No Appearance for Appellee.


February 6, 2024


PER CURIAM.

    AFFIRMED.


LAMBERT, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____